UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**M.B., a minor by and through her next friend, KANWAR SINGH BEDI**     **PLAINTIFF**

V.     **CIVIL ACTION NO. 3:13-CV-00241-CWR-FKB**

**RANKIN COUNTY SCHOOL DISTRICT
and CHARLES FRAZIER, Individually and
in his Official Capacity as Principal of Northwest
Rankin High School**     **DEFENDANTS**

## AGREED JUDGMENT

THIS CAUSE came on for hearing this day by agreement of the parties, and the Court having been advised that the parties have agreed to the terms of this Agreed Judgment and the Court having been further advised in the premises, does hereby find as follows:

1. M.B., a minor by and through her next friend, Kanwar Singh Bedi (the "Plaintiff") has filed a complaint (as amended, the "Complaint"), against the Defendants.

2. The Complaint alleges a cause of action under 42 U.S.C. § 1983 seeking (i) injunctive and declaratory relief against the Defendants, (ii) nominal damages from the School District, (iii) punitive damages from Frazier, and (iv) recovery of Plaintiff's attorneys' fees and costs under 42 U.S.C. § 1988 (b).

3. This Court has jurisdiction and venue of this action pursuant to 28 U.S.C. §§1331, 1343 (a)(3) and 1391(b)(2).

4. The Complaint alleges that the Defendants have a policy and/or practice of sponsoring school assemblies that promote religion to School District students during the school day, and that the Defendants' sponsorship, presentation and promotion of these Christian Assemblies violate the Establishment Clause of the First Amendment of the United States Constitution, as applied to Mississippi by the Fourteenth Amendment.

5. The School District on July 17, 2013, adopted a Religion in Public Schools Policy to make clear and demonstrate that its policy is to fully comply with the Establishment Clause of the First Amendment of the United States Constitution.

6. In the context of the April 10, 2013 assembly, M.B. believed that her attendance was mandatory. Any mandatory attendance at the April 10, 2013 assembly was a violation of the Establishment Clause of The First Amendment of the United States Constitution.

7. Based on the events that transpired involving M. B. on April 10, 2013, the School District admits that M.B.'s First Amendment rights were violated.

IT IS, THEREFORE, ORDERED AND ADJUDGED as follows:

(a) The School District shall comply with the provisions of its Religion in Public Schools Policy attached hereto as Exhibit "A."

(b) The Defendants agree to pay attorney fees in the amount of $15,000.00 to the Plaintiff. Each party shall otherwise bear its own costs.

(c)   This matter shall be and hereby is fully and finally dismissed with prejudice.

SO ORDERED AND ADJUDGED this the 22nd day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_____
OF COUNSEL TO PLAINTIFF

_____
OF COUNSEL TO DEFENDANTS