# Exhibit 12

```
 1           IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                   JACKSON DIVISION

 3
   M.B., A MINOR BY AND
 4 THROUGH HER NEXT FRIEND,
   KANWAR SINGH BEDI
 5                                         PLAINTIFF

 6
   V.              CIVIL ACTION NO. 3:13-CV-00241-CWR-FKB
 7

 8 RANKIN COUNTY SCHOOL
   DISTRICT AND CHARLES
 9 FRAZIER INDIVIDUALLY AND
   IN HIS OFFICIAL CAPACITY
10 AS PRINCIPAL OF NORTHWEST
   RANKIN HIGH SCHOOL
11                                         DEFENDANTS

12

13            DEPOSITION OF M.B., A MINOR

14

15 Taken at the instance of the Defendants at Corlew,
   Munford & Smith, PLLC, 4450 Old Canton Road, Suite
16 111, Jackson, Mississippi, on Tuesday, December 16,
            2014, beginning at 11:16 a.m.
17

18
   APPEARANCES:
19

20
        RITA NAHLIK SILIN, ESQ.
21      Silin Law
        Post Office Box 16649
22      Jackson, Mississippi 39236
        rita@silinlaw.com
23

24          COUNSEL FOR PLAINTIFF

25
```

```
 1          LYNN CHAIN WALL, ESQ.
            Corlew, Munford & Smith, PLLC
 2          4450 Old Canton Road, Suite 111
            Jackson, Mississippi 39211
 3          lwall@cmslawyers.com

 4
                 COUNSEL FOR DEFENDANT
 5

 6
            FRED M. HARRELL, JR., ESQ.
 7          Harrell & Rester
            306 East Government Street
 8          Brandon, Mississippi 39042
            harrell.rester@bellsouth.net
 9

10               COUNSEL FOR DEFENDANT

11

12

13

14

15
      REPORTED BY:  Ginger H. Brooks, CCR #1165
16                  CRR, RPR, CCR - MS, LA, AL
                    Brooks Court Reporting, Inc.
17

18

19

20

21

22

23

24

25
```

1                        INDEX

2    Style and Appearances.......................1

3    Index    ..................................3

4    Certificate of Deponent  .................31

5    Certificate of Court Reporter ............32

6                     EXAMINATIONS

7    Examination By Ms. Wall ...................4

8    Examination By Mr. Harrell ...............27

9    Examination By Ms. Wall ..................29

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                      M.B., A MINOR,
 2    having been first duly sworn, was examined and
 3    testified as follows:
 4    EXAMINATION BY MS. WALL:
 5          Q.   Can you state your name for the record?
 6          A.   Gracie Bedi.
 7          Q.   And your address?
 8          A.   Four Glensview Court, Brandon, Mississippi
 9    39047.
10          Q.   Okay.  And you've given a deposition
11    before, right, Gracie?
12          A.   Yes, ma'am.
13          Q.   And you understand I'm going to be asking
14    you some questions.  Freddie Harrell may be asking
15    you some questions.  Your attorneys may be asking
16    you some questions.  And if you don't understand the
17    question, just tell me, and I'll try to rephrase it.
18               Also, if you remember, she's trying to
19    take down every single thing you're saying, so if
20    you'll answer "yes" or "no."
21          A.   Right.
22          Q.   You've got that?
23          A.   Yes, ma'am.
24          Q.   And it's your deposition.  If you need a
25    break, tell us --
```

M.B. - A Minor 12/16/2014

```
 1        A.   Uh-huh.

 2        Q.   -- and we'll take a break.

 3        A.   All right.

 4        Q.   We're here today about the ACT ceremony

 5    when you were a senior in high school.

 6        A.   Yes.

 7        Q.   It's a little bit -- you are no longer at

 8    Northwest Rankin; is that right?

 9        A.   No, ma'am.

10        Q.   Okay.  Where do you go to school now?

11        A.   American University in Washington, D.C.

12        Q.   Okay.  And you graduated?

13        A.   May 2014, May 17th.

14        Q.   Okay.  And this ACT program took place

15    when?

16        A.   April 17th, was it?  April 17th, I think.

17        Q.   Of 2014?

18        A.   Yes.

19        Q.   Okay.  And was this a program that was

20    just for seniors?

21        A.   Yes.

22        Q.   Okay.  So -- but they do it every year?

23        A.   Yes.

24        Q.   Okay.  How did you find out about this

25    program?
```

```
 1        A.    It's advertised very heavily within the
 2   school.  There are brochures, and teachers announce
 3   it.
 4        Q.    Okay.  Do you get a formal invitation?
 5        A.    No.
 6        Q.    Okay.
 7        A.    You're on a list, and that's how they know
 8   that you can go.
 9        Q.    Okay.  And it was based on your ACT score,
10   correct?
11        A.    Yes.
12        Q.    And you had real, real high ACTs, correct?
13        A.    Yes, ma'am.
14        Q.    And what was that?
15        A.    28 -- 29 was the latter one.
16        Q.    Do you remember what the brochures or
17   anything in -- anything specific about how the
18   invitations or the -- how you found out that --
19        A.    They simply stated the dates and the
20   reason, who was presenting it, which is the RCSD
21   school district, and attire, which is to be either
22   business or Easter Sunday.
23        Q.    Okay.  Now, when you said "they," who did
24   you specifically hear it from?
25        A.    My senior project teacher, Amelia
```

M.B. - A Minor 12/16/2014

 1    Perryman.
 2         Q.    Okay.  What is a senior project teacher?
 3         A.    All seniors are required to do a senior
 4    project.  It's a year-long project, and the topic
 5    changes year by year.  This year was our -- based on
 6    our careers, our future careers.
 7         Q.    Okay.  Does each student have a different
 8    senior topic?
 9         A.    There are about three to four main senior
10    project teachers --
11         Q.    Okay.
12         A.    -- that we're distributed amongst.
13         Q.    So do you know -- what did she tell you to
14    wear?
15         A.    We were told to wear business.
16         Q.    Okay.
17         A.    Other teachers, to my knowledge, were told
18    to wear Easter Sunday.
19         Q.    So would it be -- when we're talking about
20    "other teachers," it would be -- would that
21    information have come from the senior project
22    teachers, or do you know?
23         A.    Yes.
24         Q.    Okay.  So anybody that was invited --
25    correct me if I'm wrong -- anybody that was invited

M.B. - A Minor 12/16/2014

```
 1    to the awards program would have been instructed

 2    through their senior teacher?

 3         A.    Yes.

 4         Q.    Okay.  And do you know how Amelia would

 5    have found out about the ACT or what to tell you

 6    or --

 7         A.    I can only assume she received an e-mail

 8    from the principal or the district.

 9         Q.    Okay.

10         A.    I don't know for sure, though.

11         Q.    Okay.  And about when in the year did you

12    find out that you would be invited?

13         A.    I believe it was early spring, the spring

14    semester, but it's something that's been done for

15    years, and I already knew the standard because my

16    brother went through the same thing.  And so I knew

17    I'd be invited from the beginning.

18         Q.    Okay.  And just for seniors?

19         A.    Just for seniors.

20         Q.    Was it compulsory?

21         A.    It was not compulsory.

22         Q.    Okay.  But somewhere I read that you said

23    you got excused from class?

24         A.    Yes, we got excused from class.  It was

25    highly expected of you to attend.
```

M.B. - A Minor 12/16/2014

```
 1        Q.   Okay.
 2        A.   You could not show up to school and then
 3   not attend, but if you showed up for school, you
 4   were expected to go.
 5        Q.   Got you.  Now, you got an excuse from your
 6   class?
 7        A.   Yes.
 8        Q.   Was it this -- back to Ms. Perryman, did
 9   she have a specific class she went to --
10        A.   Yes.
11        Q.   -- or she was your adviser?
12        A.   A specific class.
13        Q.   Was it during that time period?
14        A.   It was during that class as well as
15   another class, which is physics.
16        Q.   Oh, wow.  Now, how did you get -- it
17   wasn't at Northwest Rankin, correct?
18        A.   No, ma'am.
19        Q.   Do you know why they would have it at
20   Brandon?
21        A.   I'm assuming the larger facilities.
22        Q.   Okay.  Even though Northwest Rankin has a
23   big --
24        A.   We're not that quite big.  It's big, but
25   not in comparison.
```

```
 1        Q.    Okay.  I've never been to Brandon.

 2        A.    We're all very jealous of Brandon High

 3    School.

 4        Q.    So how did you -- did they transport

 5    everybody that's going?  Did you take your own car?

 6        A.    Yes.  We took a school bus --

 7        Q.    Okay.

 8        A.    -- multiple school buses.

 9        Q.    Okay.  Did you -- outside guests, were

10    there other people?

11        A.    No, parents specifically were not invited.

12        Q.    Okay.  What about teachers from Northwest

13    Rankin or teachers from the school district or

14    school district employees, who besides the students

15    were there?

16        A.    Besides the students?

17        Q.    Uh-huh.

18        A.    I know Amelia Perryman was there.  I'm

19    assuming the other senior project teachers were

20    probably there as well.  Probably chaperones as well

21    as just to observe.  There were members of the

22    district board who presented themselves, Lynn

23    Weathersby was there.  All the principals from the

24    high schools and district were there, including

25    Charles Frazier.
```

```
 1              I think at one point, Josh Harkins was
 2    there.  He left early.  I can't recall quite when.
 3    And then I'm sure there may have been other
 4    administrators just watching and helping orchestrate
 5    the event, but I couldn't tell you for sure.
 6         Q.   Okay.  So you said there was the teachers,
 7    the four teachers.  Do you happen to know who the
 8    other teachers were besides Perryman?
 9         A.   I remember there was a Ms. Banks and a
10    Ms. Conner, but those are the three I remember.
11         Q.   Got you.  And you said some chaperones.
12    Would those be other teachers or --
13         A.   Other teachers probably.  Again, I can't
14    recall quite faces and names, but other teachers
15    were probably there.
16         Q.   But there were other teachers from
17    Northwest Rankin besides just these four teachers?
18         A.   Yes.
19         Q.   Okay.  I got you.  And you said that
20    Ms. Perryman is the one that told you what to wear?
21         A.   Yes.
22         Q.   Do you have any idea who told people to
23    wear, you say, Easter or Sunday School attire?
24         A.   Yes.  It was actually kind of a thing of
25    contention.  There was a lot of discussion about
```

```
 1    which one to wear, because business, as you know, is
 2    different than Easter Sunday.  And from what I can
 3    tell, the other senior project teachers told the
 4    other students because we were kind of discussing
 5    what we should wear in comparison to each other.
 6              And so some teachers told Easter Sunday,
 7    some were told business.  I think Amelia is the one
 8    -- or Ms. Perryman, rather, is the one -- the only
 9    one who did business, as far as I know.  And I think
10    the overall consensus was Easter Sunday, because
11    most everyone showed up in Easter Sunday after a
12    discussion.
13         Q.   Okay.  Who did you have these
14    conversations with about the attire, anybody in
15    particular?
16         A.   Fellow classmates.  I remember I had a
17    conversation with Faith Ambrose.  I believe I
18    mentioned her before.  Aside from that, people, you
19    know, gather in clumps in the cafeteria and just
20    discuss.  I couldn't tell you any particular names.
21         Q.   Okay.  It was just kind of a thread that
22    was running through the week?
23         A.   Exactly, the grapevine, you know.
24         Q.   Right.  Now, as to the program, do you
25    have any idea who was in charge of selecting the
```

 1    speakers?

 2         A.    I do not.

 3         Q.    And you said Josh Harkins was a speaker?

 4         A.    Yes.

 5         Q.    And then there's this -- the -- the pastor

 6    that spoke?

 7         A.    Yes, Reverend Rob Gill.

 8         Q.    Tell me a little bit about how the program

 9    started.  Y'all all came in and sat down, and then

10    what -- in your words, what happened?

11         A.    Well, we filed in, and we sat down

12    according to -- they were separating those with

13    honors and those with high honors, based on your ACT

14    score.  And once you separated through those groups,

15    you sat down alphabetically.

16              We were seated; we were introduced.  I

17    think Lynn Weathersby said a few words, and then he

18    introduced the pastor who then stood up and had a

19    prayer to open up the ceremony.  We were asked to

20    stand for the prayer and bow our heads.  I did not.

21    After the prayer concluded, they introduced the next

22    speaker.

23         Q.    Okay.  And how did you feel during the

24    prayer?

25         A.    Shocked, mildly humiliated.  A lot of my

```
 1    peers from Northwestern specifically knew of the

 2    lawsuit, and they, themselves, were looking back as

 3    if asking for clarification.  Of course, we couldn't

 4    speak.  Incredibly startled.

 5              I almost took out my phone to videotape

 6    it.  But there had been a videographer that was

 7    introduced at the beginning to videotape it.  They

 8    said since the parents can't come, they would show

 9    them that.  And so I relied on the videographer's

10    footage instead.  But I was humiliated and shocked.

11         Q.   Now, you said -- did you stand or not

12    stand?

13         A.   I stood.  I did not bow my head.

14         Q.   Okay.  Did you -- what was going on in the

15    room?  Could you tell with the other people, like

16    your peer students and the people on the podium or

17    the stage or --

18         A.   Most everyone stood and bowed their heads.

19    As I mentioned before, a few of my peers looked back

20    at me, like, questioningly.  Aside from that,

21    though, everything went as they ordered.

22         Q.   Okay.  Do you remember who was sitting

23    around you?  Were you sitting with Faith, or were

24    you said it was alphabetical?

25         A.   It was alphabetical.  Faith was in the
```

```
 1    other group of honorees.  I don't know exactly who

 2    was sitting around me.  The program -- I know

 3    there's photocopies of it somewhere that have the

 4    order in which we were sitting, I believe.

 5         Q.   So you were sitting -- Northwest Rankin

 6    sat together?

 7         A.   Yes.

 8         Q.   And there was the high honors?

 9         A.   And the honors.

10         Q.   And the honors?

11         A.   Yes.

12         Q.   By school?

13         A.   By school, yes, ma'am.

14         Q.   Okay.  Okay.  You said they announced that

15    there was a videographer?

16         A.   Yes, ma'am.

17         Q.   Did you know beforehand -- had you seen

18    the program?  Did you know anything about --

19         A.   I had no idea.

20         Q.   Okay.

21         A.   No one had ever mentioned a prayer before

22    to me.  I have friends and my brother who went

23    through it before.  They never mentioned it.  I had

24    no idea there would be a prayer.

25         Q.   When was your brother --
```

```
 1        A.   My brother graduated May 2012, and his was
 2   in April 2012.
 3        Q.   Got you.  Is that your only brother?
 4        A.   I have two older brothers.
 5        Q.   Okay.  That's what I thought, and you have
 6   a younger --
 7        A.   Sister, yes.
 8        Q.   Okay.  Now, do you know who was in charge
 9   of the program?
10        A.   I do not.
11        Q.   Okay.  There was no person that was
12   leading the group that you know of?
13        A.   Not that I can recall.
14        Q.   Okay.  And you mentioned that at the time
15   of the thing, your principal was Charles Frazier?
16        A.   Yes.
17        Q.   Now, what role did he play in the
18   presentation or the --
19        A.   Uh-huh.  The principal sat on stage at
20   each school's roll call for them to, you know, call
21   the students up for their awards.  He called
22   Northwest Rankin's.
23        Q.   So he called the names out?
24        A.   Yes.
25        Q.   Okay.  Did you walk across the stage?  Get
```

1    an award, what --

2         A.    Uh-huh.

3         Q.    What did you get?

4         A.    I walked across the stage.  For honors,

5    you got a little medallion with a red ribbon.  For

6    high honors, you got a blue ribbon with a medallion

7    on it.  And you would walk across the stage, shake

8    the hands of your principal and Lynn Weathersby, and

9    they would give you medallion, and you would go back

10   and sit down.

11        Q.    Okay.  So each individual principal for

12   the schools was responsible for their own people?

13        A.    Yes.

14        Q.    Do you know -- do you have any knowledge

15   of what information about the program came to you

16   from Charles Frazier?

17        A.    I do not.  I have no idea if there was an

18   e-mail sent or if there was any -- or any

19   announcements.  I don't know.

20        Q.    Uh-huh.  Did Charles Frazier participate

21   in the prayer?

22        A.    He stood and bowed his head, yes.

23        Q.    Do you know if he had any connection with

24   Rob Gill?

25        A.    I do not.

```
 1          Q.   Do you know if he had anything to do with
 2     Rob Gill delivering a prayer?
 3          A.   I do not.
 4          Q.   Specifically, as to Charles Frazier's
 5     actions, how do you feel like he violated your
 6     rights during that ceremony?
 7          A.   He allowed it to happen without saying
 8     anything.  He did not do anything to stop or
 9     acknowledge the transgression, and he participated
10     by standing with the others.
11          Q.   Do you know -- do you have any knowledge
12     if he knew what the program was going to be?
13          A.   I don't know.
14          Q.   And y'all were told there was a cameraman
15     there --
16          A.   Yes.
17          Q.   -- at the beginning?
18          A.   At the very beginning.
19          Q.   Okay.  Just because your parents weren't
20     going to be there?
21          A.   That was what they said.  Lynn Weathersby
22     specifically, it's what he said.
23          Q.   Okay.  Now, you had said you had -- I'm
24     going to show you this.  You had said that -- in
25     your affidavit, you had said that the school
```

M.B. - A Minor 12/16/2014

```
 1   officials issued a memo to students at Brandon High
 2   School regarding the important events, and this was
 3   one of them.  And then it said -- right here, it
 4   says, "On April" -- here it is.  This was attached
 5   to your thing.  "On April 17th," it said that it --
 6   they say "church attire."  Where do I see that?
 7   Right here (indicating).  That the ceremony and
 8   the -- you're to dress in church attire.
 9            Now, this -- you went to Northwest Rankin
10   High School?
11        A.   Yes.
12        Q.   Where did this come from?
13        A.   This information is generally publicly
14   available on the different websites for the schools.
15        Q.   Okay.  So each individual school had
16   instructions --
17        A.   Yes.
18        Q.   -- as to how -- what to wear?  Did anybody
19   else say anything about church attire on their
20   website?  Did you go look?
21        A.   No, not that I know of.  Easter -- I
22   looked at Northwest Rankin's.  Easter Sunday,
23   however, does imply church attire, but I do not
24   recall it being on the website specifically.
25        Q.   Okay.
```

```
 1        A.   Most of our information was given out via
 2   the brochure that we have the printout or the
 3   photocopy of and announcements and word of mouth.
 4        Q.   Got you.  But what made you go look at one
 5   on Brandon?  I'm just curious.
 6        A.   That was the host school, and Brandon and
 7   Northwest are both very, I guess, close together,
 8   and I heard that they --
 9        Q.   Competitors?
10        A.   Yeah.  We are competitors, yes, in both
11   funds and sports.  But -- and so I looked because I
12   thought if one was likely to kind of mimic
13   Northwest's actions, it would be Brandon.
14        Q.   Okay.  But you didn't look at any of the
15   other schools to see what they had said?
16        A.   I did not.
17        Q.   And do you have any other friends in any
18   of the other schools that --
19        A.   I do not.
20        Q.   -- said how they were told to dress?
21        A.   No.
22        Q.   Now, as far as anything on any website
23   about a prayer at the --
24        A.   Uh-huh.
25        Q.   -- did you find -- was there anything on a
```

```
 1   website about prayer at this?

 2        A.   No, ma'am, not that I recall.

 3        Q.   And you had said there were some

 4   pictures --

 5        A.   Yes.

 6        Q.   -- taken after the fact?

 7        A.   Yes, ma'am.

 8        Q.   Do you know who took those pictures?

 9        A.   It was one of our administrators because

10   it was within our high school gym.  I should know.

11   I cannot recall.

12        Q.   Those weren't taken at Brandon?

13        A.   No, no.  That was at our gym.  We went

14   home via the school buses, and they had us line up

15   in the gym, and they took our pictures for the

16   website.

17        Q.   And you said something on Twitter, also?

18   Did they put it on Twitter?  Did y'all have a

19   Twitter account or was there one?

20        A.   There is a Twitter account.  I do not

21   recall if it was on Twitter.  There are several

22   Twitter accounts for the different, you know,

23   functions of the school, like, Northwest Rankin

24   sports, Northwest Rankin --

25        Q.   I just thought I had read something about
```

M.B. - A Minor 12/16/2014

 1    the Twitter account.

 2            So were there pictures taken -- aside from

 3    the camera guy, were there pictures taken at

 4    Brandon?

 5        A.   Not that I know of.  We weren't lined up

 6    or anything at Brandon.

 7        Q.   Okay.  And the significance of the -- you

 8    had mentioned that in your Complaint, the

 9    significance of the photos taken after the fact?

10        A.   Uh-huh.  It just -- it shows who was there

11    and who was present.  Specifically, that I was

12    present at the awards ceremony.  My name was

13    mentioned both on the brochure as well as you could

14    see in the pictures, which they knew I would be

15    there.

16        Q.   About how many kids from Northwest Rankin

17    went?

18        A.   Quite a lot, actually.  I'm very proud of

19    that.  Overall, I think there were about 300

20    students in attendance, and we had the most students

21    in attendance.  I'm not quite sure how many there

22    were.  I counted at one point for my own, like,

23    bragging rights.  I can't remember exactly.  I'm

24    sure there was close to a hundred.

25        Q.   They weren't all in the picture, were

```
 1    they, because I didn't think the picture had that
 2    many -- were they all in one of these pictures?
 3          A.   Uh-huh, one of the two pictures.
 4          Q.   Okay.  Okay.
 5          A.   Those present were in the -- some did
 6    not -- some people did not show up.
 7          Q.   Okay.  At all, the whole day?
 8          A.   I don't think they even went to school,
 9    that was --
10          Q.   Okay.  And do you have any knowledge what
11    actual instructions came from actual school
12    district?
13          A.   I do not know.
14          Q.   Do you know if the school district was
15    responsible for planning the whole program?
16          A.   On the brochure or the pamphlet they gave
17    us, it did say "Presented by RCSD."
18          Q.   So you don't know --
19          A.   I don't know for sure about that
20    information.
21          Q.   Do you know from your brother's prior in
22    2012, was it a substantially similar program, or do
23    you know?
24          A.   Well, I reviewed the videos of both, and
25    it looked very similar, yes.
```

M.B. - A Minor 12/16/2014

```
 1        Q.   What, if any, conversation did you have

 2   with Charles Frazier before the program?

 3        A.   None that I can recall.

 4        Q.   What about after the program?

 5        A.   None that I can recall.

 6        Q.   Did you ever have any conversation with

 7   anybody at the school district about the -- what

 8   transpired at the program?

 9        A.   No.

10        Q.   And you didn't -- did you talk to any of

11   your teachers about how you felt after the program?

12        A.   Yes.  After the program, we had one class

13   left in the day, and I did go to class.  It was

14   French class.  And I mentioned briefly about what

15   happened and how frustrating it was.  The teacher

16   did not -- she works for the district and didn't

17   respond.

18        Q.   Who was the teacher of the French class?

19        A.   Nancy Johnston.

20        Q.   And nobody at -- nobody other than

21   Nancy Johnston at Northwest Rankin did you

22   express --

23        A.   No, however, my peers expressed their

24   concerns to me, and as far as I know, they expressed

25   their concerns to our teachers.  I'm not sure which
```

 1    ones, but I knew by the time we reached school most

 2    teachers already knew about it.

 3         Q.    Most of the --

 4         A.    At least in the Vine Street Annex, most of

 5    the senior teachers --

 6         Q.    Wait, wait.  In the what?

 7         A.    The Vine Street Annex.  That's where my

 8    last class of the day was.  And so I knew several

 9    teachers down that hall already knew what had

10    happened by the time we got back to school.  Phones

11    are really great.

12         Q.    Yeah.  It's called the Vine Street Annex?

13         A.    Yes, Vine Street Annex.

14         Q.    And do you know if any teachers -- you

15    said Nancy Johnston didn't respond.  Do you know if

16    anybody had any opinion --

17         A.    I don't know.

18         Q.    -- as to what happened?

19         A.    I don't know.

20         Q.    After the fact, you said -- I may have

21    asked you this, and I probably did.  Did you ever

22    talk to Charles Frazier after the --

23         A.    I did not.

24         Q.    Anybody in the office at Northwest Rankin?

25         A.    I did not.

```
 1        Q.    And aside from Ambrose --

 2        A.    I don't --

 3        Q.    -- you don't remember any --

 4        A.    I mean, I spoke to many peers afterwards,

 5   but before discussing the attire, all I remember is

 6   Faith being in one of the groups.

 7        Q.    Okay.  But afterwards, you felt like there

 8   was a thread across the people that were there?

 9        A.    Yes, many approached me, actually, after

10   the ceremony.  We had a period after the ceremony

11   where they gave us Chick-fil-A, which was great.

12   But we had a period afterwards, and many of my peers

13   actually approached me.

14              And we -- most of my peers for my AP

15   government class or who had gone through AP

16   government because they now knew, like, court cases

17   citing about prayers in schools, and so they asked

18   me what are those court cases and asked what we

19   could do, if we could do anything.  And I told them

20   I had already e-mailed my lawyer.

21        Q.    So you had actually e-mailed your lawyer

22   before you left the --

23        A.    I had e-mailed my lawyer as soon as we

24   stood up for the prayer.  I had my phone out.

25        Q.    Okay.
```

```
 1              MS. WALL:  Freddie, do you have anything?
 2              MR. HARRELL:  Just a couple of questions,
 3      maybe just to follow-up.
 4      EXAMINATION BY MR. HARRELL:
 5          Q.    Regarding what you wore that day --
 6          A.    Yes, sir.
 7          Q.    -- would it be fair to say that you were
 8      thinking you should wear either a business attire or
 9      an Easter-type attire?
10          A.    Well, I definitely wore business.  I had
11      heard Easter was what everyone else was going to
12      wear, but as the black sheep that I am, and I really
13      enjoy dressing in business, I wore a complete
14      business, pencil skirt and blazer.
15          Q.    What is the difference in these two?  I'm
16      not sure I understand it.
17          A.    Well, Easter Sunday, or you compare to,
18      like, sundresses.  They're pretty dresses, not
19      professional but pretty, something you wear to
20      church.  Whereas, business professional would be
21      slacks, panty hose, pencil skirt, blazer, sports
22      coats.  For example, the Easter Sunday, khakis for
23      men would be appropriate with a button up -- a nice
24      button up shirt and tie; whereas, if you're doing
25      business, it would be more appropriate to wear black
```

```
 1    slacks with a sports coat.

 2         Q.    Would it be fair to say that it was your

 3    interpretation from the administration's request

 4    that everyone wear nice clothes --

 5         A.    Yes.

 6         Q.    -- to this event?

 7         A.    Yes.

 8         Q.    And when you got the -- the message that

 9    y'all could wear business attire or church attire or

10    nice clothes attire, did you take that as a -- as a

11    signal that there would be a church activity at the

12    school?

13         A.    I did not.

14         Q.    Okay.

15         A.    In the South, a lot of people refer to

16    nice dress as church attire or Easter Sunday if it's

17    casual but still a -- go to a nice event.

18         Q.    Exactly.  Okay.  And then on Dr. Frazier,

19    as regards Dr. Frazier, would you tell the Court

20    what you know of specifically he had to do with the

21    planning of this event and, in particular, the

22    planning of the prayer that you mentioned?

23         A.    I don't know what hand he had in the

24    planning.

25         Q.    Okay.  Do you know if he had any -- any
```

1    hand at all?

2        A.   I don't know.

3        Q.   Okay.  You had no knowledge that he had

4    any -- any authority regarding the planning of that

5    event?

6        A.   No, sir, I'm only aware that he attended.

7             MR. HARRELL:  Okay.  That's all.

8    EXAMINATION BY MS. WALL:

9        Q.   A couple of follow-ups.  Who do you feel

10   like the day -- who was the person on the podium

11   that you felt like was in charge?

12       A.   Well, Lynn Weathersby was up there the

13   most, and he was leading most of the introductions

14   and whatnot.  I'm not sure if he led the planning,

15   but he led a lot of the introductions.

16       Q.   Who -- I believe the tape I've seen

17   doesn't tell you who started the program.  Do you

18   know who -- who was the first person to speak?

19       A.   If I can recall, it was Lynn Weathersby.

20       Q.   And he did the closing remarks also?

21       A.   Yes.

22       Q.   Okay.  And one quick question:  Do you

23   know what, if any -- or what the relationship is

24   between the Rankin County School District and

25   Rob Gill?

```
 1        A.   I do not know.

 2        Q.   Do you know how or why he was selected?

 3        A.   I have no idea.  I think he's from a

 4   member of a local church, but I am not sure at all.

 5   I know he's Methodist.

 6        Q.   And you don't know who invited him to

 7   speak?

 8        A.   No, ma'am.

 9        Q.   Do you know who invited Josh Harkins to

10   speak?

11        A.   No, ma'am.

12             MS. WALL:  That's pretty much all I've

13   got.

14             (Time Noted:  11:42 a.m.)

15                SIGNATURE/NOT WAIVED

16

17   ORIGINAL:  LYNN CHAIN WALL, ESQ.

18   COPY:  FRED M. HARRELL, JR., ESQ.

19   COPY:  RITA NAHLIK SILIN, ESQ.

20

21

22

23

24

25
```

```
 1              CERTIFICATE OF DEPONENT
 2   DEPONENT:  M.B., A MINOR
     DATE:  December 16, 2014
 3   CASE STYLE:  M.B., a minor by and through her next
     friend, KANWAR SINGH BEDI vs. RANKIN COUNTY SCHOOL
 4   DISTRICT, ET AL.
     ORIGINAL TO:  LYNN CHAIN WALL, Esq.
 5           I, the above-named deponent in the
     deposition taken in the herein styled and numbered
 6   cause, certify that I have examined the deposition
     taken on the date above as to the correctness
 7   thereof, and that after reading said pages, I find
     them to contain a full and true transcript of the
 8   testimony as given by me.
             Subject to those corrections listed below,
 9   if any, I find the transcript to be the correct
     testimony I gave at the aforestated time and place.
10   Page      Line                   Comments
11   ____      ____      _____
     ____      ____      _____
12   ____      ____      _____
     ____      ____      _____
13   ____      ____      _____
     ____      ____      _____
14   ____      ____      _____
     ____      ____      _____
15   ____      ____      _____
     ____      ____      _____
16   ____      ____      _____
     ____      ____      _____
17
18           This the ____ day of _____, 2015.
19                             _____
                                   M.B., A MINOR
20   State of Mississippi
     County of _____
21
             Subscribed and sworn to before me, this the
22   _____ day of _____, 2015.
23   My Commission Expires:
24   _____    _____
25                                    Notary Public
```

1               CERTIFICATE OF COURT REPORTER

2               I, Ginger H. Brooks, Court Reporter and

3      Notary Public, in and for the State of Mississippi,

4      hereby certify that the foregoing contains a true

5      and correct transcript of the testimony of M.B., A

6      MINOR, as taken by me in the aforementioned matter

7      at the time and place heretofore stated, as taken by

8      stenotype and later reduced to typewritten form

9      under my supervision by means of computer-aided

10     transcription.

11              I further certify that under the authority

12     vested in me by the State of Mississippi that the

13     witness was placed under oath by me to truthfully

14     answer all questions in the matter.

15              I further certify that I am not in the

16     employ of or related to any party in this matter and

17     have no interest, monetary or otherwise, in the

18     final outcome of this matter.

19              Witness my signature and seal this the 2nd

20     day of January, 2015.

21

22

23                                 _____

                                   GINGER H. BROOKS

24                                 CRR, RPR, CCR

       My Commission Expires:

25     September 18, 2017