# INVOICE



**12 Lakeland Circle, Suite A • Jackson, MS 39216**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20829 | 1/5/2015 | 14177 |
| **Job Date** | **Case No.** | |
| 12/16/2014 | 3:13-CV-00241-CWR-FKB | |
| **Case Name** | | |
| M.B., et al. v. Rankin County School District, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Rita Nahlik Silin
Silin Law Firm, PLLC
1016 Robinson Street
Ocean Springs, MS 39564

1 CERTIFIED COPY OF TRANSCRIPT OF:
    M.B. a minor

|  |  |
|---|---|
|  | 112.00 |
| **TOTAL DUE >>>** | **$112.00** |
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$112.00** |

**Tax ID:** 64-0803598 (601)362-1995

Phone: 228-244-9987    Fax:888-449-6044

*Please detach bottom portion and return with payment.*

Rita Nahlik Silin
Silin Law Firm, PLLC
1016 Robinson Street
Ocean Springs, MS 39564

| Invoice No. | : | 20829 |
|---|---|---|
| Invoice Date | : | 1/5/2015 |
| **Total Due** | : | **$ 112.00** |

Remit To: **Brooks Court Reporting, Inc.**
        **2105 5th Street**
        **Meridian, MS 39301**

| Job No. | : | 14177 |
|---|---|---|
| BU ID | : | 1-MAIN |
| Case No. | : | 3:13-CV-00241-CWR-FKB |
| Case Name | : | M.B., et al. v. Rankin County School District, et al. |